**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 28 MAL 2023

             Respondent         :

                               :    Petition for Allowance of Appeal

                               :    from the Order of the Superior Court

          v.                      :

                               :

L.M.,                                :

             Petitioner           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.